2006-Ohio-5794, 856 N.E.2d 259. On motion for reconsideration. Motion denied.

CUPP, J., not participating.

**2006–1518. Huffman v. Bd. of Cty. Commrs.**
Columbiana App. No. 05 CO 71, 2006-Ohio-3479. Reported at 111 Ohio St.3d 1492, 2006-Ohio-6171, 857 N.E.2d 1230. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

CUPP, J., not participating.

**2006–1519. Yarab v. Boardman Twp. Bd. of Zoning Appeals.**
Mahoning App. No. 04 MA 266, 2006-Ohio-3565. Reported at 111 Ohio St.3d 1492, 2006-Ohio-6171, 857 N.E.2d 1230. On motion for reconsideration. Motion denied.

CUPP, J., not participating.

**2006–1520. Lally v. Am. Isuzu Motors, Inc.**
Franklin App. No. 05AP–1137, 2006-Ohio-3315. Reported at 111 Ohio St.3d 1492, 2006-Ohio-6171, 857 N.E.2d 1230. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

O'CONNOR and CUPP, JJ., not participating.

**2006–1658. State v. Simpson.**
Hamilton App. No. C–050798. Reported at 111 Ohio St.3d 1494, 2006-Ohio-6171, 857 N.E.2d 1231. On motion for reconsideration. Motion denied.

CUPP, J., not participating.

**2006–1696. MRK Technologies, Ltd. v. Accelerated Sys. Integration, Inc.**
Cuyahoga App. No. 87936. Reported at 111 Ohio St.3d 1494, 2006-Ohio-6171, 857 N.E.2d 1231. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.

CUPP, J., not participating.

**2006–2157. State ex rel. Bernard v. Melfi.**
In Mandamus. Reported at 112 Ohio St.3d 1401, 2006-Ohio-6442, 858 N.E.2d 428. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

CUPP, J., not participating.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 25, 2007*

[Cite as *01/25/2007 Case Announcements,* 2007-Ohio-250.]

## MOTION AND PROCEDURAL RULINGS

**2006–1609. Solon v. Mazala.**
Cuyahoga App. No. 87055. This cause came on for further consideration of appellant's motion to instruct the Clerk to scan previously filed documents. Upon consideration thereof,

It is ordered by the court that the motion is denied.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0060. State ex rel. Reitter Stucco, Inc. v. Indus. Comm.**
Franklin App. No. 06AP–37, 2006-Ohio-6260.